IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:24-cr-0027 |
| ) | |
| **LUIS MANUEL PEREZ LOPEZ,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated February 28, 2025, ECF No. 76, recommending that the Defendant's plea of guilty to Count Three of the Indictment, Conspiracy to Possess a Controlled Substance with Intent to Distribute while on Board a Vessel Subject to the Jurisdiction of the United States, a violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b) be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 76, is **ADOPTED;** it is further

**ORDERED** that Defendant Luis Manuel Perez Lopez's plea of guilty as to Count Three of the Indictment is **ACCEPTED**, and that Luis Manuel Perez Lopez is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **April 14, 2025;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **April 28, 2025;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **May 12, 2025;** it is further

*United States v. Luis Manuel Perez Lopez*
Case No. 3:24-cr-0027
Order
Page **2** of **2**

**ORDERED** that the parties shall file their sentencing memoranda no later than **May 26, 2025;** it is further

**ORDERED** that a sentencing hearing shall be held on **June 13, 2025, at 9:30 A.M. in STT Courtroom No. 1**; and it is further

**Dated:** March 19, 2025                              */s/ Robert A. Molloy*
                                                    **ROBERT A. MOLLOY**
                                                    **Chief Judge**